UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ROB BONTA, et al.,<br><br>　　　　　　　Defendants. | Case No. 5:22-cv-00335-FLA (GJSx)<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBSTITUTE AND DISMISS DEFENDANTS [DKT. 101]** |

On August 5, 2022, Plaintiffs filed a Joint Stipulation to Substitute and Dismiss Defendants ("Stipulation").  Dkt. 101.

The court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follow:

1. The new members of the Medical Board of California, Michelle Bholat, M.D., Nicole Jeong J.D., and Veling Tsai, M.D., are SUBSTITUTED for previous members Alejandra Campoverdi, Dev GnanaDev, M.D., and Flix C. Yip, M.D., as Defendants in this action.
2. Defendants Alejandra Campoverdi, Dev GnanaDev, M.D., and Felix C. Yip, M.D. are DISMISSED from this action.

IT IS SO ORDERED.

Dated: August 10, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge