| | |
|---|---|
| 1 | **O'MELVENY & MYERS LLP** |
| 2 | JOHN KAPPOS (SBN 171977)<br>jkappos@omm.com |
| 3 | 2501 North Harwood Street, 17th Floor<br>Dallas, TX 75201 |
| 4 | Telephone: (972) 360-1900<br>Facsimile: (972) 360-1901 |
| 5 | LAURA K. KAUFMANN (SBN 329714) |
| 6 | lkaufmann@omm.com<br>400 South Hope Street, 18th Floor |
| 7 | Los Angeles, CA 90071-2899<br>Telephone: (213) 430-7849 |
| 8 | Fascimile: (213) 430-6407 |
| 9 | **COMPASSION & CHOICES**<br>KEVIN DIAZ (*admitted pro hac vice*) |
| 10 | kdiaz@compassionandchoices.org<br>JESSICA PEZLEY (*admitted pro hac vice*) |
| 11 | jpezley@compassionandchoices.org<br>101 SW Madison Street, #8009 |
| 12 | Portland, OR 97207<br>Telephone: (503) 943-6532 |
| 13 | *Attorneys for Intervenors* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS, et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, et al.**,<br><br>Defendants. | Case No. 5:22−cv−00335 FLA (GJSx)<br><br>**REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B<br>Trial Date: April 23, 2024<br>Action Filed: February 22, 2022 |

Proposed Intervenors hereby submit this request pursuant to Local Rule 83-9.2. Pending before the Court is Proposed Intervenors Compassion & Choices Action Network, Chandana Banerjee, M.D., and Catherine Sonquist Forest, M.D.'s ("Intervenors") and Motion to Intervene ("Motion") (Dkt. 64). The last brief regarding that Motion was filed on June 24, 2022 (Dkt. 90). On June 29, 2022, the Court took oral argument off calendar and placed the Motion under submission (Dkt. 92). The parties have not been notified of any decision on the Motion by the Court.

On November 19, 2022, Proposed Intervenors contacted counsel for all parties to advise of this Local Rule 83-9.2 request, which shall be filed by "all counsel" as "a joint request." Counsel for Christian Medical & Dental Associations et al., however, indicated that plaintiffs oppose this request and will not join. Counsel for the California Attorney General, the California Department of Public Health, and the California Medical Board has indicated that defendants do not oppose this request, but also will not join.

Accordingly, Proposed Intervenors request that a decision be made on the Proposed Intervenors' Motion.

Pursuant to Local Rule 83-9.2, a copy of this request shall be sent to the Chief Judge.

DATED: November 23, 2022

*/s/ John Kappos*
O'MELVENY & MYERS LLP
John Kappos (SBN 171977)
jkappos@omm.com
2501 North Harwood Street, 17th Floor
Dallas, TX 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

Laura K. Kaufmann (SBN 329714)
lkaufmann@omm.com
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-7849
Fascimile: (213) 430-6407

COMPASSION & CHOICES
Kevin Díaz (*admitted pro hac vice*)
kdiaz@compassionandchoices.org
Jessica Pezley (*admitted pro hac vice*)
jpezley@compassionandchoices.org
101 SW Madison Street, #8009
Portland, OR 97207
Telephone: (503) 943-6532

*Attorneys for Intervenors Compassion & Choices Action Network, Chandana Banerjee, M.D., and Catherine Sonquist Forest, M.D.*