ROB BONTA
Attorney General of California
DARRELL W. SPENCE, State Bar No. 248011
Supervising Deputy Attorney General
KEVIN L. QUADE, State Bar No. 285197
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6089
  Fax: (916) 324-5567
  E-mail: Kevin.Quade@doj.ca.gov

*Attorneys for Defendants Rob Bonta, Attorney General for the State of California, and Tomas Aragon, Director of the California Department of Public Health*

ALEXANDRA M. ALVAREZ, State Bar No. 187442
STEPHEN C. DIEHL, State Bar No. 235250
Supervising Deputy Attorneys General
MARIANNE A. PANSA, State Bar No. 270928
ROSEMARY F. LUZON, State Bar No. 221544
Deputy Attorneys General
  2550 Mariposa Mall
  Fresno, CA 93721
  Telephone: (559) 705-2300
  Fax: (559) 445-5106
  E-mail: Marianne.Pansa@doj.ca.gov
          Rosemary.Luzon@doj.ca.gov

*Attorneys for Medical Board of California Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS and LESLEE COCHRANE, M.D.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; TOMAS J. ARAGON, M.D., DR. P.H., in his official capacity as the Director of the California Department of Public Health and as the State Public Health Officer; and KRISTINA D. LAWSON, J.D.,** | 5:22-cv-00335-FLA-GJS<br><br>**STIPULATION REGARDING FINAL JUDGMENT ENTERING PERMANENT INJUNCTION, AWARDING ATTORNEY'S FEES, AND DISMISSING ACTION**<br><br>Judge:  The Honorable Fernando L. Aenlle-Rocha<br><br>Action Filed: February 22, 2022 |

1

1  **RANDY W. HAWKINS, M.D.,**
2  **LAURIE ROSE LUBIANO, J.D.,**
   **RYAN BROOKS, MICHELLE**
3  **BHOLAT, M.D., VELING TSAI,**
   **M.D., JAMES M. HEALZER, M.D.,**
4  **ASIF MAHMOOD, M.D., DAVID**
   **RYU, RICHARD E. THORP, M.D.,**
5  **ESERICK WATKINS, and NICOLE**
   **JEONG, J.D., in their official**
6  **capacities as members of the Medical**
   **Board of California,**
7                                    Defendants.

8

9

10         Plaintiffs Christian Medical & Dental Associations and Leslee Cochrane,

11  M.D. and Defendants Rob Bonta, in his official capacity as Attorney General of the

12  State of California; Tomás J. Aragón, M.D., DR. P.H., in his official capacity as the

13  Director of the California Department of Public Health and as the State Public

14  Health Officer; and Kristina D. Lawson, J.D., Randy W. Hawkins, M.D., Laurie

15  Rose Lubiano, J.D., Ryan Brooks, Michelle Bholat, M.D., Veling Tsai, M.D.,

16  James M. Healzer, M.D., Asif Mahmood, M.D., David Ryu, Richard E. Thorp,

17  M.D., Eserick Watkins, and Nicole Jeong, J.D., in their official capacities as

18  members of the Medical Board of California, stipulate as follows:

19         1.    In February 2022, Plaintiffs filed the complaint in this case against

20  Defendants, challenging certain requirements in the California End of Life Option

21  Act (EOLOA or Act), as amended by Senate Bill No. 380.  The parties have

22  litigated the matter in this Court since that filing.  In September 2022, the Court

23  issued a preliminary injunction enjoining Defendants from enforcing Cal. Health &

24  Safety Code § 443.14(e)(2)'s provision requiring that health care providers who are

25  unable or unwilling to participate in the Act "document the individual's date of

26  request and provider's notice to the individual of their objection [to their own

27  participation in the Act] in the medical record[.]"

28  ///

2.    Defendants, and each of them, as well as Plaintiffs, and each of them, wish to resolve this matter now and hereby stipulate to entry of judgment in favor of Plaintiffs, and to entry of a permanent injunction and order of dismissal in the form submitted as Exhibit A herewith.

3.    No part of the stipulation and judgment, including its statements and commitments, shall constitute an admission or evidence of any liability, fault, or wrongdoing by Defendants.

4.    Entry of the stipulated permanent injunction and order of dismissal will fully resolve this civil action.

5.    The stipulated permanent injunction will be entered under Federal Rule of Civil Procedure 65 and will constitute the final judgment in this matter.

6.    Defendants shall pay Plaintiffs the sum of $300,000 for Plaintiffs' reasonable attorney's fees and costs necessarily incurred in this case.  The state agencies associated with Defendants (the California Attorney General's Office, the California Department of Public Health, and the Medical Board of California) shall each pay one-third ($100,000) of said amount.  Pursuant to 28 U.S.C. § 1961, post-judgment interest shall begin to accrue 120 days from the date the Court signs the final judgment.

7.    This Court should retain jurisdiction over this matter for the limited purpose of implementing and enforcing the final judgment.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | Dated:  May 11, 2023 |

Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

/s/ *Kevin L. Quade*
KEVIN L. QUADE
Deputy Attorney General
*Attorneys for Defendants Rob Bonta,*
*Attorney General for the State of*
*California, and Tomas Aragon, in his*
*official capacity as the Director of the*
*California Department of Public*
*Health*

ROB BONTA
Attorney General of California
ALEXANDRA M. ALVAREZ
STEPHEN C. DIEHL
Supervising Deputy Attorneys General

/s/ *Rosemary F. Luzon*
ROSEMARY F. LUZON
MARIANNE A. PANSA
Deputy Attorneys General
*Attorneys for Medical Board of*
*California Defendants in their official*
*capacities*

ALLIANCE DEFENDING FREEDOM

/s/ *Kevin Theriot*
KEVIN THERIOT
Senior Counsel
*Attorneys for Plaintiffs Christian*
*Medical & Dental Associations and*
*Leslee Cochrane, M.D.*

4

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  May 11, 2023                              */s/ Kevin L. Quade*

Kevin L. Quade
*Attorney for Defendants Rob Bonta,*
*Attorney General for the State of*
*California, and Tomas Aragon, in his*
*official capacity as the Director of the*
*California Department of Public*
*Health*

# Exhibit A

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS and LESLEE COCHRANE, M.D.,** | 5:22-cv-00335-FLA-GJS |
| Plaintiffs, | **[PROPOSED] FINAL JUDGMENT ENTERING PERMANENT INJUNCTION, AWARDING ATTORNEY'S FEES, AND DISMISSING ACTION** |
| **v.** | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California; TOMÁS J. ARAGON, M.D., DR. P.H., in his official capacity as the Director of the California Department of Public Health and as the State Public Health Officer; and KRISTINA D. LAWSON, J.D., RANDY W. HAWKINS, M.D., LAURIE ROSE LUBIANO, J.D., RYAN BROOKS, MICHELLE BHOLAT, M.D., VELING TSAI, M.D., JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., DAVID RYU, RICHARD E. THORP, M.D., ESERICK WATKINS, and NICOLE JEONG, J.D., in their official capacities as members of the Medical Board of California,** | Judge:         The Honorable Fernando L. Aenlle-Rocha |
| Defendants. | Action Filed: February 22, 2022 |

1

It is hereby **ORDERED** that Defendants Rob Bonta, in his official capacity as Attorney General of the State of California; Tomás J. Aragón, M.D., DR. P.H., in his official capacity as the Director of the California Department of Public Health and as the State Public Health Officer; and Kristina D. Lawson, J.D., Randy W. Hawkins, M.D., Laurie Rose Lubiano, J.D., Ryan Brooks, Michelle Bholat, M.D., Veling Tsai, M.D., James M. Healzer, M.D., Asif Mahmood, M.D., David Ryu, Richard E. Thorp, M.D., Eserick Watkins, and Nicole Jeong, J.D., in their official capacities as members of the Medical Board of California, all State officers, agents, employees, and all other persons in active concert or participation with Defendants, are hereby permanently enjoined from enforcing any criminal or civil punishment, including professional discipline or licensing sanction for a California-licensed physician's refusal or failure to:

(1)   Document a patient's request for medical aid-in-dying, as permitted by the EOLOA, in the patient's medical record, as required by Cal. Health & Safety Code § 443.14(e)(2);

(2)   Provide information to a patient about aid-in-dying, other than the fact that the physician does not provide aid-in-dying services under the EOLOA, when a patient requests aid-in-dying; or

(3)   Refer a patient to another physician when the patient seeks such referral for the purpose of obtaining aid-in-dying services.

This Order does not prohibit the State, including Defendants, and each of them, from enforcing other affirmative requirements in the EOLOA, including, but not limited to, the requirements in Cal. Health & Safety Code § 443.14(e)(2) that a health care provider who is unable or unwilling to participate in the EOLOA inform a patient requesting aid-in-dying services that they do not participate in the EOLOA and transfer a patient's relevant medical record upon request.

It is further **ORDERED** that Defendants post a copy of this Order on the Medical Board of California's website.  The Order shall remain posted on the

2

website during the time Cal. Health & Safety Code § 443.14(e)(2) is operative.
Defendants shall also revise language on any State-operated website, as necessary,
for consistency with this Order.

It is further **ORDERED** that Plaintiffs should be and hereby are declared
prevailing parties for purposes of 42 U.S.C. § 1988; Defendants shall pay Plaintiffs
the sum of $300,000 for Plaintiffs' reasonable attorney's fees and costs necessarily
incurred in this case. The state agencies associated with Defendants (the California
Attorney General's Office, the California Department of Public Health, and the
Medical Board of California) shall each pay one-third ($100,000) of said amount.
Pursuant to 28 U.S.C. § 1961, post-judgment interest shall begin to accrue 120 days
from the date this Court signs this Order.

It is further **ORDERED** that this action is dismissed with prejudice.

It is further **ORDERED** that this Court shall retain jurisdiction over this action
for the limited purposes of implementing and enforcing the final judgment.

It is so **ORDERED**.

Dated: May _, 2023

_____
Hon. Fernando L. Aenlle-Rocha
United States District Judge

# CERTIFICATE OF SERVICE

Case Name:  **Christian Medical & Dental**          No.    **5:22-cv-00335-FLA-GJS**
            **Associations, et al. v. Rob**
            **Bonta, et al.**

I hereby certify that on May 11, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION REGARDING FINAL JUDGMENT ENTERING PERMANENT INJUNCTION, AWARDING ATTORNEY'S FEES, AND DISMISSING ACTION**

**PROPOSED FINAL JUDGMENT ENTERING PERMANENT INJUNCTION, AWARDING ATTORNEY'S FEES, AND DISMISSING ACTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 11, 2023, at Sacramento, California.

Kevin L. Quade                              /s/*Kevin L. Quade*
Declarant                                   Signature

SA2022400362
Cert.docx